■ ELIAHU LIPKIS v MARIO PIKUS et al. — Motion, insofar as it seeks leave to appeal to the Court of Appeals, granted, and this court certifies the following question: "Was the order of this court, which reversed the order of the Supreme Court, properly made?"; and the motion, insofar as it seeks a stay, is denied as unnecessary (see CPLR 5519, subd [e], par [i]). Concur — Murphy, P. J., Sullivan, Silverman, Fein and Kassal, JJ.

(September 25, 1984)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GILBERTO LEBRON, Appellant. — Judgment, Supreme Court, New York County (Stanley Sklar, J.), rendered on May 25, 1983, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. (See *Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur — Kupferman, J. P., Asch, Bloom, Fein and Kassal, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MYRNA PAGAN, Appellant. — Judgment, Supreme Court, New York County (Hortense Gabel, J.), rendered on June 21, 1982, unanimously affirmed. The case is remitted to the Supreme Court, New York County, for further proceedings pursuant to CPL 460.50 (subd 5). No opinion. Concur — Sandler, J. P., Sullivan, Carro, Milonas and Alexander, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v REUBEN RODRIGUEZ, Appellant. — Judgment, Supreme Court, Bronx County (Walter Schackman, J.), rendered on October 18, 1982, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. (See *Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur — Kupferman, J. P., Ross, Asch and Bloom, JJ.